UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| ROY MARSHALL, | ) | NO. SA CV 16-0737-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ERIC ARNOLD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 11, 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE